UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN WUNDERLICH,

    Plaintiff,

v.

FLUSHING POLICE OFFICERS,

    Defendants.

/

Case No. 15-cv-11001

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MICHAEL J. HLUCHANIUK

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9] AS MOOT**

Plaintiff commenced this action against the Flushing Police Officers on March 16, 2015. *See* Dkt. No. 1. On April 29, 2015, this Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed the case. *See* Dkt. No. 4. The decision was later appealed, but was dismissed by the United States Court of Appeals for the Sixth Circuit for failure to prosecute. *See* Dkt. No. 8.

Before the Court is Plaintiff's Motion for Summary Judgment. Dkt. No. 9. Seeing as the case has already been dismissed, the Motion is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated: February 25, 2016
Detroit, MI

/s/Gershwin A Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge